**FILED**

AUG 2 5 2023

Clerk, U.S. District Court
Eastern District of Texas

IN THE UNITED STATE DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

Plaintiff's

Rodolfo Vela Sr.et.al.,

V.                              Civil Action No: 4:23-CV-00145-ALM-CAN

Defendant's                     Complaint Pursuant under 42:1981 and 1983

Mike Compton et.al.,


ORDER FOR AMENDED COMPLAINT

K.Y

TO THE HONORABLE OF SAID COURT:

NOW COMES,The Plaintiff's Rodolfo Vela Sr. et.al., answer question to the best of my Knowledge. and at the end I will answer with a Affidavit.

( 1.) Each defendants against Arturo Vela the decease and The Plaintiff's Rodolfo Vela Sr. et.al. as Pro.Se.    (Dkt 3 page 2 )

A.

1. Mike Compton former sheriff's on July 08, 2001 went to discuss with him about Arturo Tippy Vela the decease what happen on date July 05,2001, 183 Pioneer Tr.Valley View,Texas 76240 The Sheriff's refused to help me, I the Plaintiff's showed him, the Autopsy, and documents and notes. he said let me call Dallas County Medical Examiner, and then he came back said to me, the Medical Examiner will over Rule your

Dr. Zamora M.D. Private Autopsy.

At the time the claim alleged in this Complaint arose, the defendant was acting under Color of State law. That at the time of the claim, defendant was responsible for the duties as a County Sheriff's for Cooke County Texas, which duties included the enforcement and investigation of the laws for the State of Texas.

A. Civil Rights Complaint Pursuant under 42 u.s.c.a. 1981 and <u>1983</u> (Dkt 3 page 2)

B. Sheriff's Mike Compton committed conspiracy with Dr. Joni L McClain and Thomas E. Stephens badge #105 the conspiracy was done all three defendants first on her autopsy, second hide the photos that Thomas E. Stephens took at the scene on date July 5, 2001 and mail it to her officer for safe keeping for 22 year.

C. Covered up at the scene, and then he Thomas E. Stephens was transfer to the Valley View Police Department on date 09/13/2001 to be police my son die on July 05, 2001, that two month and he was the main Criminal investigator. The plaintiffi's Rodolfo Vela Jr. have the Rights to complaint because they violated his Civil Right to due process of the law and the protected against impairment by nongoverment and State discrimination. {Dkt 23}

(2) Thomas E. Stephens

At time the claims alleged in this complaint arose, defendants was acting under Color of State Law, that at the time claimed, defendant was responsible for the duties of laws for the State of Texas.

A. Civil Rights Complaint Pursuant under 42: u.s.c.a. 1981 and <u>1983</u>.

b. Commit Conpiracy with Sheriff's Mike Compton, and Joni L. McClain

2

M.D.

C. Cover up the Photos that took at the scene of Arturo Vela the decease and mail it to Medical Examiner office for safe keeping 22year.(Dkt 3) The Plaintiff's Rodolfo Vela Jr. have the Right to complaint because they violated his Civil Right to due process of the Law. and the Protected against impairment by nongoverment and State discrimination.

(3) Shane Norie.

At the time the Claims alleged in this complaint arose ,the defendants was acting under Color of State Law,That at time of the Claim defendants was responsible for the duties of Deputy Sheriff's, which duties included enforcement and investigation of the laws for the State of Texas.

A. Civil Right Complaint Pursuant under 42: u.s.c.a. 1981 and <u>1983</u>

B. cover up at the scene ,Conspiracy with Mike Compton. he knew the brother of the decease Arturo Vela that was Deaf But Rodolfo Vela Jr have the right to complaints because they violated his Civil Right to due process of the law and the protected against impairment, by nongovernment and state discrimination. mute and deaf. [ Dkt 23-}

(4) Judd D. Jones:

At the time the claims Alleged in this complaint arose the defendant was acting under color of State Law. That at time of the claim the defendant was responsible for the duties of a deputy Sheriff's, which duties included enforcement and investigation of the laws for the state of Texas.

A. Civil Right Complaint Pursuant under 42: u.s.c.a. 1981 and 1983

b. cover up at the scene conspiracy with Mike Compton.

c. Judd D. Jones Deputy Jones was convicted of Civil Rights Violation in Federal Court in Sherman, Texas. He was sentenced to 54 months in Federal prison in 2006 this case was 2003. but he was at the Scene on July 5, 2001 offense NO. 2001-186-28 Arturo Vela the decease. his brother Plaintiffs Rodolfo Vela Jr. have the right to complaint because they Violated his Civil Right to due process of the law and the protected against impairment by nongoverment and state Discrimination. mute and deaf. {Dkt 23 Motion to add additional Interpreter}

( 5 ) Mark Tackett State Trooper.

At the time the claims alleged in this complaint arose, the

defendant was acting under Color of State law that at the time of the claim, the defendant was responsible for the duties of State Troop

which duties included the enforcement of the laws for the State of Texas and to enforce those laws legally and equaliy.

A. Civil Right Complaint Pursuant under 42: u.s.c.a. 1981 and 1983

B. discrimination, exessive force The Defendant arrested the Plaintiff's Rodolfo Vela Sr. and Rodolfo Vela Jr. who is legally deaf and disabled at the lobby of the Sheriff's department on bogus grounds of intoxication, for the purpose of intimidation from the plaintiff's seeking further assistance from the defendants that he promulgated an atmosphere of discrimination.

With his underlings which led to the action of the deputies to

unprofessionally investigation the death of Arturo Vela and he intimidate the Plaintiffs. Rodolfo Vela Jr. and Rodolfo Vela Sr. The plaintiff's Rodolfo Vela Jr. have the Right to complaint because Mark

Tackett violated his Civil right to due process of the law,and The Protected against impairment by nongoverment and State discrimination {Dkt 23 } and I Rodolfo Vela Sr. i am a Citizen of the State of Texas. the Plaintiff have the right to complaint, Misconduct in office the neccssity that the public business, in governmental offices of all kinds be conducted with minimium standards of honesty, has led to the recognition by the court of three different kinds of offenses: (a ) doing an act which is wrongful in itself, called malfeasance, ( b) doing an otherwise lawful act in an unlawful manner called misfeasance, or (c) omitting to do an act required by the duties of the office ,called nonfeasance.

( 6 )   Joni L. McClain m.D. ,

At the time the claims alleged in this complaint arose,the defendant was acting under Color of State law.That at the time claim,the defendant was responsible for the duties of the a State Medical Examiner, which duties included the examination, and Autopies of death victims, and rulings for causes of death.

A. Civil Right complaint Pursuant under 42; U.S.C.A. 1981 and <u>1983.</u>

b. CIVIL-CONSPIRACY , FRAUD,the defendants were all aware of  her autopsy, ruled was accidental, the difference between the two autopsies is quite dramatic, and reflex a gross "negligence" that could only be explained that committed Fraud, and the Medical  Examiner " lied" on her Autopsy Report of Arturo Vela that died on July 5,2001 there are photos showing that he was Murder, and the others show how he die of, Trauma, on his body, and what time he die 7:30 A.M. where he died at his resident 183 Pioneer Trail Valley View , Texas County Cooke State Texas. [ Dkt 3} and {Dkt 30.31) the exhibit are in the two pleading  Civil Docket.

[ Dkt 30,31,EXhibit D photos  Exhibit G. form }

Filed July 27,2023

C. Preliminary evidence, Evidence that is necessary to begin a hearing or Trial and that may be received conditionally in anticipattion of other evidence linking it to issues in the case [ Fed R.Evidence 104 # }

D. Forensic Evidence, Evidence used in court, esp, evidence arrived at by scientific or technical means such as ballistic or medical evidence. from Copy Dallas county insititue of forensic sciences see "incident"

NO: 03-312

PLAINTIFF'S ORIGINAL PETITION

IN THE DISTRICT COURT.

235th judicial District of Cooke County,Texas

E. Exhibit A. The Petition that was Filed July 8,2003 Plaintiff's original Petition case No. 03-312 in the District Court 235th Judicial District of Cooke County,Texas went a case is filed with the Court its stop ,the statue of limitations its is file on time. July 05,2001 to July 8,2003 two year. "Tolling Statute"

Mike Compton,Thomas E. Stephens, and Joni L. McClain M.D. are "negligent" to cover up Arturo Vela death, But why because they know what happen at the scene, The Plaintiff's this is truth of Plaintiff's claim by a preponderance of the evidence, and this evidence are more convincing effect on the jury than the defendants.

(7) John Roane, Justice of the Peace

At the time of the claims alleged in this complaint arose,defendant was responsible for Judicial duties, which duties included the ruling on Deaths that occured with in his Jurisdiction.

2 (a) Count two: That defendants Tom Stephens,Shane Norie,Judd

Jones and John Roane , denied Plaintiff's Rodolfo Vela Sr. et.al.,Right to a fair and professional investigation of the death of Arturo Vela. That they conspired with defendant Mike Compton to cover up the truth in said death, these actions were discrimination because of victim and Plaintiff's Nationality,and that victim had been involved with drugs. { Dkt 3} page 8}

Civil Rights Complaint pursuant under 42: u.s.c.a. 1981-and 1983

commit conspiracy with other defendants. with Mike Compton,Joni I.McClain M.D about the decease Arturo Vela he knew that Photos Thomas E. Stephens Criminal investigator took or send the Photos that he got on the scene on July 5,2001 {Dkt 3 also[ Dkt 31.32 }

2. (a) Count Two: That the defendant's Thomas E. Stephens badge 105 Shanie Norie,Judd Jones and John Roane, denied Plaintiff's right to fair and professional investigation of the death of Arturo Vela That they conpired with defendant Mike Compton to cover up the Truth in said death these actions were based on the instructions by Sheriff Mike Compton and motivated the defendants. [Dkt 3} the Plaintiff's Rodolfo Vela Jr. have the Right to complain because they violated his Civil Right to due process of the Law and the Protectect against inpairmend by nongoverment and State Discrimination.[ Dkt 3}

3. ( b) Supporting Facts: John Roane"justice of the peace"one time, and "now a County Judge"that he did write Medical Examiner Office at Dallas County and he is liable on the ground that The Plaintiff's Rodolfo Vela Sr. now I can proof that I gave him the Autopsy that Jose Luis Zamora  M.D. did on Arturo Vela the decease on date August 27,2001, I

can proof that he send what I the Plainti's gave him for him to determine of the cause of death. Exhibit A that was send to the Medical Examiner from John O. Roane fax cover sheet and the Plaintiffs recieved then from Copy Dallas County Institute of forensic science

( 8 ) Jannelle Haverkamp District Attorney.

At the time of the claims alleged in this complaint arose, defendant acting under color of State Law.

5. (A) count six: That defendant Janelle Haverkamp, while as the district Attorney for Cooke County met with the Plaintiff's Rodolfo Vela Sr. and and Anna Vela. After listening to Plaintiff's information and complaints, she ignored her responsibilty as a District Attorney and denied the Plaintiff' right to equal protection of the Law the Plaintiff

Rodolfo Vela Sr never heard from the defendants or her office again

5. (B) Supporting Facts: {Dkt 3 Page 11 }

Civil rights Complaint Pursuant to and under 42:u.s.c.a.1981 and 1983

( 9 ) Joseph R. Shires Deputy Sheriff.

At the time the claims alleged in this complaint arrose The defendant was acting under the color of State Law, that at the time of the claim. defendant was responsible for the duties of deputy Sheriff, which duties included the enforcement and invesigation of the laws for the state of Texas. [ Dkt 3 page 12 }

6. (b) Supporting facts that the defendant Joseph R. Shires he provide a thorough investigation in the death of Arturo Vela. That he continuously geting information from Dallas County Medical Examiner office {Dkt 3 page 12} civil right complaint pursuant under u.s.c.a. 1983 and 1981

when he moved or transfer to the Prosper Police Department. That when I the Plaintiff's decide to filed the case at In the United State District Court for the Northern District of Texas. as Pro Se. why because happen before on the year July 05,2001 death, the investigator Thomas E. Stephens was transfer to the Police department at Valley Veiw, Texas on Sept 13,2001 to void the investigation of the Death of Arturo Vela the decease. and

thst happen July 5,2001. and its was going to happen again under Joseph R. Shires.[Dkt 3 page 12}

(10) Aaron Carney Chief investigator for District Attorney

At the time the claims alleged in this complaint arose the defendant was acting under color of state law that at time of the claim the defendant was responsible for the duties of chief investigator which duties included the enforcement and investigation of the law for the State of Texas.

7. 2.(b) Supporting facts That the defendant Aaron Carney Chief investigator The Plaintiff's Rodolfo Vela,Sr, Anna Vela and Melinda Mora were there at meeting and the meeting took place on October 15,2020 at 10:30 A.M.at the Cooke County Courthouse located at 101 S. Dixon St Gainesville, Texas [Dkt 3 page 13} 76240.

The Chief Investigator for District Attorney for Cooke County met with the Plaintiff's After listening to the plaintiff's information an complaint he ignored his responsibiliities as a Chief investigator for the district Attorney office and denied the plaintiff's Right to equal protection of the law. the only thing that Joseph R. Shires deputy Sheriff he don't work with the sheriff's department. {Dkt 3 page 14}

Civil Right complaint pursuant under 42 u.s.c.a.s <u>1983</u> and 1981

All the above defendants acted with deliberate indifference and acted with intent to deny the plaintiff's of their rights to due process of the law and equal Protrection under the law,and to be allowed to expect these rights without fear of retaliation by the defendants. that their acts constituted discrimination.

B.

JURISDICTION

JURISDICTION IS ASSERTED PURSUANT TO 42 U.S.C.A.$ 1983 AND 1981.

IN THE UNITED STATE DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

C.

NATURE OF CASE

{Dkt 3 ) Nature of case , Will stay with that nature But The Plaintiff's will add to the Nature,

ORDER FOR AMENDED COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES,THE PLAINTIFF'S will show the Court that by see the Exhibit A # on {Dkt 3,4.)

Background.

Please find enclosed the report of the autopsy performed upon the body of your son Mr. Arturo "Tippy" Vela The major finding are listed in the last page, all consistent with Traurmatic injuries, let see the Color Photos look and focus this is the Autopsy from Juan Luis Zamora M.D "Pathology". date August 7,2001 now go to Exhibit E # this Photos are black and white the orginal are "lost" the Sheriff department don't have anything to proof, but this Photos were found, by the plaintiff's and The court can focus and compare then and you see that Arturo Tippy Vela was Murder, and to prove more look and focus EXhibit F # a copy from Dallas County institute of forensic sciences office.of the medical Examiner Dallas County,Texas investigation report see INCIDENT OF TRAUMA (yes) Date 07/05/2OO1 TIME 19:30 that is 7:30 p.m. (location)at 183 Pioneer Tr. Valley View,Texas County Cooke State Texas Photos that were taken at

the scene was Thomas E. Stephens badge 105 he took the photos and hide then with Joni L. McCLain M,D. this photos were there at her office for 22years that my family and I the Plaintiff have suffer for 22 year. The Defendants Joni L. McClain M.D. lied on her Autopsy and now she have to answer she committ fraud,conpiracy with all the defendants.

[Dkt 3 page page 10 ] with the above examination of the events surrounding the death of Arturo Vela indicated a homicide, which is contradictory to the finding of defendant McClain M.D. and ruled her death accidental but now, she got caught with photos that she had on her office for 22 year the difference between the two autopsy is quite dramatic and deliberate in nature, since the defendant Joni L.McClain M.D. had several conversations with the defendant sheriff Mike Compton it could be inferred that the two acted jointly and in concert to hasten the ruling of death, and avoid further investigation into the death of Arturo Vela see A and B the two Autopsy {Dkt 3 read page 11}

### D.

### CAUSE OF ACTION

The Plaintiff's Rodolfo Vela Sr. Anna Vela, Rodolfo Vela Jr.,are The Plaintiff's in this action, allege that our following constitutional Rights, Privileges or immunites have been violated and the foliowing facts form the basis for our allegations.

    1. (a) count one: That defendant, Mike Compton the Plaintiff's their right to the benefits of the law, and that those benefits are to be administered equally to all citizens, of the United State, further more, that defendant Mike Compton denied these equal benefits for reasons of discrimination, because of the defendants and victims nationality

### COMMON LAW FRAUD

Plaintiff further shows that Defendants made material

false,representation to Plaintffs with the knowledge of their falsity or with reckless disregard of the truth with the intention such representations be acted upon by the plaintiff and that plaintiff relied on these representations to his detriment.

1. (b) Supporting Facts that defendant Mike Compton refused to provide a thorough investigation in the death of Arturo Vela. That he continuously disregarded the information that the plaintiff gave to him directly following the victim's death,that during one office visit by Rodolfo Vela Sr.and Anna Vela the defendant stated **I'm not going to do anything else for your kind,and the bus stop here ,and I am also the internal affair.** The Plaintiff's answer but Sheriff the first time you found Rodolfo Vela Jr. IN Jail at Dallas,County. But now I have a Body of my other Son Arturo Vela and then I went to D.A. Janelle Haverkamp, District Attorney for help and The D.A. denied the Plaintiff's.

fact: that the vela family need a justice of the Peace to issuse a warrant for the arrest of people responsible for the Murder of Arturo Vela the decease.on July 5,2001 case 2001-186-28 from Cooke County Sheriff department at Gainesville,Texas and the medical Examiner Autopsy number from Dallas,County No: JP-2516-91-1717., [Dkt 3 page 16.}

### AFFIDAVIT

Affidavit of Anna V.Vela, Affidavit of Rodolfo Vela Sr., Assidavit of Melinda Mora, and Affidavit of Rodolfo Vela Jr.

### E.

### PREVIOUS LAWSUITS

### AND ADINISTRATIVE RELIEF

1. Plaintiff's has not brought no other lawsuits in the State or Federal Court involiving the same Issues Alleged in this Action.

### F.

### Previously dismissed Action orAppeals.

1. Plaintiff's have filed one Previous Lawsuit in State Court in the County of Cooke, Texas concerning the lack of security at thier place of Residence where Arturo Vela was Death on case offense 2001-186-28-suit was caused by the defendants Actions and lack of Actions. [Dkt 30 31 see EXhibit A # Plaintiff's

5. Plaintiff's Rodofo Vela Sr.et.al., Also Request any other relief that this court might find to be just fair.

### G.

### REQUEST FOR RELIEF.

PLAINTIFF'S BELIEVE THAT THEY ARE ENTITLED TO THE FOLLOWING

RELIEF:

1. That the plaintiff's Rodolfo Vela Sr.et.al. wanted the authorities handing and investigation of death, in Cooke County,Texas Jurisdiction be transfer to open the case of Arturo death and be handled in a professional manner consistent with those of other investigations The transfer to be handled by in the United State District Court for the Eastern District of Texas Sherman Division. {Dkt 26,27 }

2. The plaintiff's filed with Court on 06/28/23 motion to reopen incident of Arturo Vela Death. why because I have Evidence to proof that he was Murder. ( Dkt 26,27) for years The plainiff's try to reopen the case offense

# 2001-186-28 at Cooke County Court house at Gainesville Texas and had been denies, from All law Enforcement and the District Attorney.and also from John Roane. the Justice of the Peace.

3. This Court provide me with Attorney, or provide the plaintiff's with your, Assistance Attorney or D.A. The plaintiff, can help to assist This Court.and solve case No. 4"23-CV-00145-AML- CAN.

4. The Court did not Provide The Plaintiff's with attorney because the plaintiff's paid the money of 400.00 Dollars fee to the Court, for the Northern District, and they transfer the case, to the Eastern District of Texas.

5. The Plaintiff's Rodolfo Vela Sr. provide the Pleading with Exhibit Evidence. The plaintiff's provide assist to help to solve, case offense number 2001-186-28 Arturo Vela the decease.

6. The Plaintiff's ask the Court that the Issue here is that ( 6 ) of the defendants did not anawer and The Court should render a default Judgment against the defendant's et.ai.,because defendants was served and did not file an answer or any pleading constituting an answer within the prescribed time period.

7. The Timetables 10. Answer Default judgment} 1. Petition, 2. Attorney General, 3 defendants is served TRCP 99, 119. 4. return filed with the court, that I did  (,5.) Deadline for the defendant a answer ) 6, Plaintiff's files motion for default Judgment "yes" see {Dkt 28 on date 07/07/2023 final TRCP 99 (b) on defendants Joni L. McCLain M.D. John O. Roane,Judd David Jones,Aaron Carney, Janelle Haverkamp,and Joseph Shire did not answer I demand for the Court to answer a default on filed July 07 2013 on each Defendants $ 5,000.00 x 6  $ 30,000.00 Dollars because they did not answer. 7. if suit is againt the State, Plaintiffs must send notice yes I did {Dkt 37) 8. Plaintiff's files certificate of last known address. yes I did

{Dkt 44} 9. hearing on Motion for default Judgment --unliquidated dameges ( at or after 9 the defendant have not comply.

(10.) the plaintiff's demand the Court to Signed Default judgment against the Defendant's the other four (4) Shane Noie, Michael E. Compton,Thomas E. Stephens and Mark Tackett they refused to sign, the Certified Mail that mean that you are in front of U.S. mail man Person.and you refused on sign 4/29/23 to delay the Court, that is Bad conduct, from four defendants Mike Compton,Thomas E. Stephens,Shane Norie,and Mark Tackett.

11. I wanted the Court to see review filed July 27,2023 {Dkt 32) and review the Motion Mililtary Status Declaration I send its to Austin,Texas with all the Exhibit like {Dkt 30 32 33,30,31,32, exhi. A copy certifild mail of the defendant's the Court have a complete filed on filed (Dkt 37 that you know what i send to Austin,Texas.

12. That there Attorney Christopher A. Klement {Dkt 30) This Attorney have not comply to the Plaintiff's Rodolfo Vela Sr. about Confict of Interest.see the Exhibit F. that i the Plaintiff's did call these office and discuss about plaintiff case $:23-CV-00145-ALM CAM and become the attorney for the defendants. and the Attorney have not comply with court ,and this is misconduct from his part. to put in writing.

13. on Filed july 27,2023 {Dkt 30,31,32 see Conflict of interest {Dke 30} on page 8 (02/15/2002 i did type year wrong the right year is 02/15/2022 but read about the defendants Exhibit D # photos that Thomas E. Stephens photos he took at the scene,on july 05,2001 just by looking its Murder, and why the Medical Examiner had this photos for 22 year and Thomas E. Stephens, Sheriff Mike Compton, and John Roane.committ conspiracy, Exhibit F. Conflict of Interest see Exhibit G it show that Arturo Vela Die of "TRAUMA" date 07/05/2001 time 7:30 p.m. at 183 Pioneer Tr. Valley View,Texas County Cooke Texas. for 22 year.  so her autopsy that

she make is "fraud"

14. That each of the following defendants Sheriff Mike Compton,Deputy Sheriff Thomas E. Stephens, Deputy sheriff Shane Norie,Deputy Sheriff Judd Jones,State Trooper Mark Tackett, Medical Exameriner Dr. Joni L. McClain, Justice of the peace John O. Roane,anf District Attorney Janelle Haverkamp be Ordered to pay to the Plaintiffs the sum of one point two million Dollars ( $ i,200,000.00) each and that defendants for actual damages for denying Plaintiffs their rtght to a complete investigation of their relative Arturo Vela's death and for the mental, Physical and financial damages that were acted jointly and in concert to hasten the ruling of death and avoid further investigation into the death of Arturo Vela (See A and B. {Dkt 3 } both Autopsy} and finish 5.(b Supporting (Dkt 3)

15. which ever way you go for the Plaintiffs or Defendant do it without prejudice because I have a filed {Dkt 26,27, see The Statutory or constitutional basis each claim, however ,is unclear and the court cannot ascertain under which statute claim is being asserted. with these "EXhibit" its will change anybody because you are seeing the true.

### ECONOMIC AND ACTUAL DAMAGES

THE LOSS THAT PLANITIFF'S THAT PAID OUT OF POCKET

TOTAL 66,412.00 SEE fILED AUGUST 14,2023 ( Dkt 43 ) $ 5,OOO.00 X (6) TOTAT $ 30.000.00 THE defendants the court Should render a default judgment against defendants was served and did not file an answer or any pleading constituting an answer within the prescribed time period see(Dkt 43 )

### DAMAGES FOR MENTAL ANGUISH.

Plaintiffs would further show that the fase,misleading. and deceptive acts practices and /or omissions described hereinabove were committed

16

Knowingly provided by section 17.45 ( 9) of the Texas Business and Commerce Code,in that Defendants had actual awareness of the falsity decepton, or unfairness of such acts practices and /or omission{Dki 32)

conflict of interest

{Dkt 32 }

PLAINTIFF HEREBY DEMANDS TRAIL BY JURY { DKT 32}

15, Motion to enter  Default Judgment, The last four defendants (Dkt 32) see Page 3 } its up to court to pursuant the four defendants for bad conduct $ 5,000.00 x 4   20.000.00 and Attorney Christopher A. Klement see (Dkt 32 page 3}its up to court he reply July 19,2023 and then I knew who was him and now its up the court to recognize him he have not answer to the Court a writing letter if its true or not the plaintiffs conflict of interest.(Dkt 32 EXhibit F. I ask the Court to review DkT 32 all the Exhibit its have A Plaintiff;s Original Petition case No 03-312 case number Exibit B Affidavit of Christopher J.Cafiero EXhitbit C Affidavit of Jane Thacker and Mary Nell Mckay,Exhibit D the photos of Arturo Vela murder his is photos were taken at the scene July 5,2001 and Exhibie G how the plaintiffs son Arturo Vela Die with Trauma on his head and when he die at 7:30 p.m. at his 183 Pioneer Tr. Valley View,Texas at his resident. { Dkt 32} sign the Order Granted Motion for default judgment "Without prejudice"

PRAYER

WHEREFORE,PREMISES CONSIDERED, Plaintiffs Rodolfo Vela Sr. and Anna Vela respectfully pray that the defendants be cited appear and answer herein, and that upon a final hearing of the cause,judgment be enterd for the plaintiffs against defendants,jointly and severally, for damages in an amount within the jurisdictional limits of the Court, together with pre-judgment interest at the maximum rate allowed by law,post-judgment interest at the legal Rate, Costs of Court, and such other further relief to

which the plaintiffs may be entitled at law or in-equity.

Respectfully Submitted,

_____,

Rodolfo Vela Sr. Pro Se

1001 Coffeyville Tr.

Grand Prairie, Texas 75052

jackofvela@yahoo.com.

972-639-2487 cell phone

_____,

Anna Vela Plantiff.,

214-404-1634 cell phone.,

_____,

Rodolfo Vela Jr. Plaintiff.,

### DECLARATION UNDER PENALITY OF PREJURY

The undersigned declares under penalty of perjury that he is the Plaintiff in the above action, he has read the complaint, and the information contained therein is true and correct to the best of his knowledge 28 u.s.c. $1746.18 u.s.c.$1621.

Executed at the 1001 Coffeyville Tr. Grand Prairie, Texas on this ____25____ day of ____Aug____ month 2023.

*Rodolfo Vela*,

### CERTICATE OF SERVICE

I Certift that on August 25, 2023, a true and correct copy of Plaintifs Petition was served to each person listed as a defendants

*Rodolfo Vela*

**Rodolfo Vela Sr. Pro se**

**1001 Coffeyville Tr**

**Grand Prairie, Texas 75052**

**972-639-2487 cell phone**

**jackofvela@yahoo.com**

**State Of Texaa.,**

**County Of Dallas**

Before me, a notary Public in and the ~~Dallas~~ Tarrant County, Texas on this day personlly appeared Rodolfo Vela, to me well known to be a credible person of lawful age and qualified in all respects to make this affidavit, who being first Sworn on oath says that he has the capacity to make this affiavit and that every Statement is true and correct.

Subscrbed and Sworn before me on August 25, 2023 to certify which witness my hand and seal.

_____, Notary Public State of Texas.



SHANNON KATE TAYLOR
Notary ID #128418425
My Commission Expires
October 24, 2026

19