IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

Plaintiff's

Rodolfo Vela Sr. et.al.,

V.                                    Civil Action No: 4:23-CV-00145-ALM-CAN

Defendants'                           Complaint Pursuant 1981 & 1983

Mike Compton et.al.,

---

MOTION NEW APPLICATION FOR ENTER DEFAULT JUDGMENT

SUPPORTING AFFIDAVIT

---

TO; THE HONORABLE UNITED STATES DISTRICT JUDGE:

Now comes, Plaintiff's Rodolfo Vela Sr. Rodolfo Vela Jr. and Anna Vela the mother of the decease Arturo Tippy Vela, that was murder at his residence at 183 Pioneer Trail Valley View, Cooke County at Texas, since July 05,2001 one day after the fourth of July 4,2001 Celebration.

1.

The Autopsy from Juan Luis Zamora, M.D. Pathology He call his autopsy "Homicide "And let look, and read as his finding ? 1. Blunt Force injuries ? A. Contusions, Abrasions, and lacerations of the head,and face with Subgaleal , Subdural, and Subarachnoid Hemorrhage. B. Contusion and Abrasion of the " neck" C. Abrasions of the Chest., D. Contusions, and Abrasions of the extremities, is found at the End on "FINDING"

Exhibit A. #

11.

The Negligence, of Former Sheriff Mike Compton, and District Attorney Janelle Haverkamp, and Justice of the Peace, John Roane the Negligence start here on date July 5, 2001 from County officials take oath of office to equal protection of the laws, and the right to due process of law.

Supporting A #

The first Person that saw the Autopsy of Juan Luis Zamora M.D. Pathology, the one that call the autopsy "Homicide", was the Defendants "Mike Compton", and then District Attorney "Janelle Haverkamp", Also I the Plaintiff's Rodolfo Vela Sr. gave one to the justice of the Peace "John Roane", He send it to the Medical Examiner Joni L. McClain M.D. pathology, at that time she was working there at the Medical Examiner office, at Dallas County, Texas. Until the subpoena for the autopsy report, photos, and notes from Dallas County Medical Office. From Former Deputy Sheriff Joseph R. Shires, at time he was helping, the Plaintiff's Rodolfo Vela Sr. et.al., whoever told him to moved to the Department of Proper Texas, to the Police Department it unknow under oak he will say the truth, and also Former Sheriff Mike Compton, District Attorney Janelle Haverkamp, Justice of the Peace John Roane ,former Deputy Tom Stephens, and the main person that did the Autopsy, and call it "{Accident )" WAS Joni L.McClain Medical Examiner from Dallas,Texas County Dallas of Texas, and this Former Criminal investigator "Tom Stephens" he took the Photos, of the decease of Arturo Tippy Vela on July 05,2001, and send them to "Medical Examiner office" the Photos, and the Autopsy from the Justice of the Peace for safe keeping under oak they have to say the "truth", and that what the Plaintiff's Rodolfo Vela Sr. et.al., wanted Paid the compensation, or let go to the Court, But the United States Magistrate Judge Aileen Goldman Durrett of this District Court is available to conduct any,or all proceedings in this case including a jury or non-jury trial, and entry of a final judgment,for default Judgment the defendant were served, and did not file an answer or any pleading constituting an answer within the prescribed time period,

111.

Supporting Facts, this Autopsy of Juan Luis Zamora M.D. Patholopy, was the form that Joseph R. Shires, he obtained a subpoena for the autopsy reports, photos, and notes form Dallas County, this form is from the Office of the Medical Examiner Dallas,County, Texas investigation report and it say INCIDENT OF TRAUMA ( YES ) Date 07/05/2001  time 19:30  at work ( No) location 183 Pioneer Trail Valley View, County of Cooke, Texas.

That Settle the Autopsy of the Juan Luis Zamora M.D. Pathology number 1. above ( Blunt Force Injuries, and with the support from field agent "GALAMBA"  Exhibit B. #

This injuries arose on 02/15/2022,,because,he,(BLACK,FISH INTELLIGENCE  provide me with his U.S.B. SEE ( Dkt 51 page 2   This pleading number ( Dkt 51 provide every thing that a Court wanted to hear, and also ( filed DEC.12,2023 ( Dkt 76 Motion Attorney General of Texas the photos black and white that was found  at the medical Examiner office for 22year were there at her office. by former Deputy "Tom Stephens", that he took at the scene, on date July 05,2001 and also the Autopsy Juan Luis Zamora  Pathology look at the "end" findings with "color photos", and compare then with the black and white that "Tom Stephens" took at the scene on July 05,2001, and its Murder.and the Plaintiff's  Original Petition read page 2" Facts " this Petition Stop the "Statute of limitations" that was file Case No. 03-312 in the District Court 235th Judicial District of Cooke County,Texas Plaintiff's Original Petition,that was filed in District Court Cooke Count,Texas JULY 08,2003. And the Decease Arturo Tippy Vela die on July 05,2001, and that is two year,,But that didn't stop me I"continue" to keep investigate on the ground that the Cooke County of Gainesville Texas, the County itself are Civil liability 1. liability imposed under the civil  as opposed to the criminal ,Law. 2# the State of being legally obligated for civil damages.( Exhibit C # ) and the Plaintiff's went to the United States

3

Department of Justice location 1420 West Mockingbird Lane Suite 250 # Dalles , Texas 75247 telephone 214-655-8185 on day MARCH 19,2003 AT I:OI PM. , At that time, i had its type by Richard Sambrano, see page 2. The Sheriff says either you win, or I win, Mr. Vela Sr.told the Sheriff, I Plaintiff's Rodolfo Vela Sr.would like to talk to "Internal Affairs", The Sheriff responsed to the Plaintiff's Rodolfo Vela Sr. "that he was Internal Affairs" and that the buck stopped here, and we left his office ".continue" showing this Exhibit # D " because is Exhibit # D.show everthing that I the Plaintiff's been "saying" for yeas about the Sheriff Department, and the District Attorney, and all the Defendants' Also the County of Dallas County Texas are Civil Liability on the ground that the Medical Examiner been suit before, there a person name J.B.West that work there or use to work, there to me it was "Joe Perez" one of the Suspects,that call saying he was related to Arturo Vela, and he wanted to know if he was alive, or death, He told that my daughter Melinda V. Mora went to pick up the Body of Arturo Vela on date July 06,2001. that when J.B.West.

THE PLAINTIFF'S CONTINUE DOING HIS OWN INVESTiGATION

BECAUSE THE FORMER SHERIFF MIKE COMPTON DENY PLAINTIFF'S

ALL THE DEFENDANT'S "NEGLIGENCE" PLAINTIFF'S OR WRONG DOING

CONTINUE WITH CONSPIRACY, AND FORGERY, ON HER AUTOPSY

On July 9 2001 "Cindy", went to the Vela's residence looking for Artuto Tippy Vela and I answer her that he was Death, and she said when this happen, and the Plaintiff's answer on July 05,2001 around 700. p.m.To which she responce oh i was here, and came to the door, and heard a lot of commotion, as if someone was moving furniture around,and i went to the back door and knocked and heard again as if something was being moved like furniture , but nobody answer, the door even though it was a lot of noise coming from the inside then she went to the neighbors, and found Joe Perez, seating in a truck outside the house, and as she

approached him she told him, what she heard inside the house, to which he answer , well that probably Rudy Jr. and Arturo Fighting But he saw Rudy leaving to the other Lot.about six block. HE WAS THE LOOK OUT FOR THE CRIMINAL"

### PROSPECT SUSPECTS AND WITNESS TN THE DEATH OF ARTURO VELA

Billy jay,Brain, Joe Perez,Jay from whitesboro Edwin Eugene Smith,Jeff Ortega,Brenda ,Debby,Jay Wife. See  (Exhibit  J. # Look at the Orginal Petition that was filed, and also witness for the Plaintiff's  on the Orginal Petition that the Plaintiff's filed at The United States District Court for the Northern District of Texas case No. 3-23CV-0289-E. all the Ducoment Petition, and Exhibit are here, The plaintiff's did not filed any thing that was not filed, and this case was transferred  to the United States District Court for the Eastern District of Texas Sherman Division. ( Dkt 10 ) The provision of 28 USC Section 636 ( c ),you are hereby notified that a U.S.Magistrate Judge of this District Court is available to conduct any or all proceeding in this case including  a jury or non-jury trial, and to order the entry of a final Judgment.

### PLAINTIFF'S  IT IS ORDERED ADJUGED AND DECREED

That (the motion ) in the above referenced Plaintiff's action. The Court have considered the motion, the Evidence attached to the motion and taken judicial notice of the contents of the file in this case and all other matters properly before the Court is of the opinion that the motion and all relief requested therein should be granted, and final judgnent should be rendered and entered in favor of the plaintiff's Rodolfo Vela Sr. et.al., On day of Feb. 12,2024 at 10.10 Am. ( Dkt 84 motion release and settlement agreement, The Plaintiff's Rodolfo Vela discuss with the Attorney Christopher A. Klement by phone to meet me at Ojedas Restaurant 4417 Maple Ave Dallas Texas and he agree the appointment was for Decemder 6 , 2023 So I decide That  my daughter Melinda Mora to  call  him,  So  she  did,  that  when  I  the  Plaintiff's  Rodolfo  Vela

Sr.et.al.,send a copy of the file ( Dkt 84 and wait for him to get File ( Dkt 84 and he received the filed on date 12/13/2024. 4:59 and on the Feb 20, 2024 Melinda Mora call him again above the dispute of the Settlement agreement, and he say he show the defendants and they say No. that was answer of there Attorney Christopher A. Klement. The plaintiff's Rodolfo Vela Sr. keep inform with the United States District Court for the Eastern District of Texas Sherman Division. That way the Sherman Division know ever step, what going on. see (Dkt 84 page 2 on 1V, on return agree to open incident : 01-186-28 unattened Death Arturo Tippy Vela they did not agree, with the Plaintiff's turned, and we the Plaintiff;s known that for 20 year,that is nothing knew for the Plaintiff's  "because it was never done before", and the defendant don't wanted to bring 'peace' to the Vela Family, and the  community of Valley View, Texas.Cooke County, Texas.it is therefore, ordered Adjuged and Decreed, that the Plaintiff's Rodolfo Vela Sr. et.al., have, and recover of all  defendants' Mike Compton $ 1,200.000.00, Thomas E. Stephens $ i.200.000.00, Shane Norie $ 100,000.00 Judd Jones $ 100,000.00, Joseph R. Shires, $ 100,000.00, Aaron Carney $ 100,000.00, John Roane $ 100,000.00 , Janelle Haverkamp $ 100.000.00 ( 1.) the total amount in all ( 8 )defendants' $ 3.000,000.00 3 Point, Million Dollars.

2. for actual damages for denying Plaintiff's right to a complete investigation of their relative or son Arturo Vela death, and mental,anguish, physical, and financial damages that were caused by the defendants' action, and lack of actions,and the suffering, and damages for mental anguish,economic losses and actual damages, and the plaintiff's would also request any other relief,that the Court might find to be fair for Justice on Arturo Tippy Vela the decease,and his family there is justice on United States of American thanks God.

it is further ordered adjuged and decreed ,by the Court that all cost are taxed against defendants' Mike Compton et.al.,

it is further ordered adjuged, and decreed,That Plaintiff's Rodolfo Vela Sr.et.al., are to have the right to writs of execution,and all other right, and remedies,allowed by law for the collection of a judgment if this final judgment, is not fully, and timely paid .all relief request in this case ,and not expressly granted is denied, This judgment finally disposes of claim. and all parties and is appealable, siged this _____day of Month_____2024

_____,

JUDGE PRESIDING

AFFIDAVIT

This Affidavit is done to the United States District Court for the Eastern Dtstrict of Texas Sherman Division, In the State of Texas County Sherman

before me,the undersigned Authority,on this *6* day *Month March 2024*,Personally appeared Rodolfo Vela Sr., who is personally know to me ,being first duly sworn according to law ,upon his/her oath, deposed and said.

My name is Rodolfo Vela Sr. I am over eighteen ( 18 ) year of age and reside in Grand Prairie,Texas 75052.

under oath I remember the date of the incident case offence number 2001-186-28 date July 5,2001 Victim Arturo Vaquera Vela w/m DOB 02/02/1970 31 yr. 5'02 " approximately 100 Pound bro/bro lacation 183 Pioneer Trail ( Pioneer Valley View, Texas 76272

under oath if the Plaintiff's claim is a sum certain or a sum that be made certain by computation, the clerk, and the Plaintiff's request with an Affidavit showing the amount due *($3,000,000.00*  ) in the motion to enter default Judgment on each defendants', must enter judgment for

that amount and costs against the defendants', who has been defaulted for not appearing, and who is neither a miner nor incompetent person Plus the Court cost, and this affidavit to defendant's is without Prejudice.

This Affdavit is made under the pains and Penallties of Perjury and based on personal knowledge of the fact herein stated upon me the best recollection, and ability.

*Rodolfo Vela*

Rodolfo Vela Sr. Pro Se.

signed under oath before me on date 03/06/2024, Notary Public- Brennon Deluna State of Texas.



BRENNON DELUNA
Notary ID #133933788
My Commission Expires
August 29, 2026

## NEGOTIATION

The Plaintiff's tried negotiate with Attorney Chrtstopher A Klement the Attorney for the Defendants' on ( Dkt 84 and also with Joni L. McClain M.D., and The Plaintiff's Rodolfo Vela Sr. et.al., will live it open if they change there mind.and proceed with preponderance medical Evidence, and motion attached to the evidence. The Plaintiff's Rodolfo Vela Sr. proof to the Court of Untied States District Court for the Eastern District of Texas Sherman that Defendant's vagueness doctrine, and also violation, the act of breaking or dishonoring the law; violation is not a crime. But not doing there job, all the defendants was acting under Color of State Law that at the time of the claim defendants'was responsible for the duties of a Deputy Sheriff,and District Attorney, Justice of the Peace, Which duties included the enforce, and investigation of laws, for the State of Texas,and they didn't doing it, and the Criminal got away, " free like Bird" ,and that is a "cover up" for the Criminal. by the law

inforcement.

## DISPOSITION WITHOUT TRAIL

The Court to considered , a default judgment permit the trial court to render judgment for the plaintiff's without a traditional trial,. only a plaintiff's is entitled to a default judgment, a default judgment cannot be rendered for a defendants' on a merits of its answer. the major distinction is that in a no-answer default case the defendant admit all of the plaintiff's allagation that are true. if the court granted motion to default judgment to the plaintiff's, the amend petition will not be a waste, and amended petition to delete the TRCP 47 (b) allegation and damages, are within the jurisdictional limits of the court . The principal sources of your rights as an a citizen of the United State are two documents the constitution of your State and the Constitution of United State, Equal Protection, and Due Process clauses. The Defendants'have to surrender, and paid the compensation, or negotiage the compensation with the Plaintiff's.

## CONCLUSION'

The Plaintiff's Proof to the Court, motion with Prima facie Evidence, and forensice Evidence were attached to the motion, The Plaintiff's Proof at the two year statute of limitatiom actions brought under 42 U.S.C. 1983 on the Plaintiff's Original Petition case number 03-312 in the District Court 235th Judicial Diatrict of Cooke County,Texas, On date July 8,2003 and Arturo Tippy Vela was murder on date July 05,2001 that two year statute of limitation stop here with this Plaintiff's Origional Petition, and Tolling Statute under 42 U.S.C. 1983 the Pro Se Plaintiff's ask the Court of Sherman Division to sue State or local officials for the deprivation of any rights privileges,or immunities secured by the constitution, and federal laws. see ( Dkt 47 Order for Amended Complaint.

## CERTIFIED OF SERVICE

This is certify that a true and correct copy of the above and foregoing Document to filed at United States Diatrict Court for the Eastern Diatrict of Texas, Sherman Division on day of _____6_____, March 2924.

I certify that a true and correct copy of the foregoing document has been served in Accordance with the rule 21 and 21a of Texas Rules of Civil Procedure upon the Following on this __6__ day of March 2024.

Respectfully Submitted

*Rodolfo Vela*

Rodolfo Vela Sr. Pro. Se.

1001 Coffeyville Tr.

Gtand Prairie,Texas 75052

cell phone 972-639-2487

jackofvela @yahoo.com.