# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| RODOLFO VELA, SR., ET AL. | § |
| | §  **CIVIL ACTION NO. 4:23-CV-145** |
| v. | § |
| | §  **(JUDGE MAZZANT/JUDGE DURRETT)** |
| MIKE COMPTON, ET AL. | § |

## FINAL JUDGMENT

Pursuant to the Memorandum Adopting the Report and Recommendation of United States Magistrate Judge filed in this matter this date, it is

**CONSIDERED, ORDERED,** and **ADJUDGED** that this case is **DISMISSED** as more fully set forth in the Memorandum Adopting.

**SIGNED this 29th day of March, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE