# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
November 26, 2024
Lyle W. Cayce
Clerk

_____

No. 24-40302
_____

Rodolfo Vela, Sr.; Rodolfo Vela, Jr.; Anna Vela,

*Plaintiffs—Appellants*,

*versus*

Mike Compton, *Sheriff*; Tom Stephens, *Deputy Sheriff*; S. Norie, *Deputy Sheriff*; Judd Jones, *Deputy Sheriff*; Mark Tackett, *State Trooper*; Joni L. McClain, *Medical Doctor*; John Roane, *Justice of the Peace*; Janelle Haverkamp, *District Attorney*; Joseph R. Shires, *Deputy Sheriff*; Aaron Carney, *Chief Investigator for District Attorney*; John Warren, *District Attorney*; Ray Sappington, *Sherriff*; Terry Gilbert, *Former Sheriff*; Jeffrey J. Barnard, *Medical Doctor* Chief Medical Examiner,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:23-CV-145
_____

Case 4:23-cv-00302-AG Document 52-2 Filed 12/18/24 Page 2 of 2 PageID #: 1467
Case: 24-40302 Document: 100 Date Filed: 12/18/2024

No. 24-40302

Before JOLLY, GRAVES, and OLDHAM, *Circuit Judges*.

## J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that Appellants pay to Appellees the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.